UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-cr-0008(01) |
| VERSUS | * | JUDGE FOOTE |
| BRIDGET A. DARDEN | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, BRIDGET A. DARDEN, and adjudges her guilty of the offense charged in Count One of the Indictment against her.

IT IS FURTHER ORDERED that this matter remains set for sentencing on September 19, 2014 at 4:00 p.m. before the undersigned in Courtroom Three in Lafayette, Louisiana.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of May, 2014.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE